AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Spatt, Arthur D. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>04/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Long Island Federal Courthouse
P.O. Box 9014
Central Islip, New York 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1979 | Prior pension and profit-sharing plans rolled over (See Rider 1 annexed hereto) |
| 2. 1979 | Individual Retirement "Keogh" Plan (See Rider 2 annexed) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | New York State Retirement Pension | $19,048.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS | | | | | | | | | |
| 2. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 3. AMERITECH - COMMON | A | Dividend | J | T | | | | | |
| 4. AT&T - COMMON | A | Dividend | J | T | | | | | |
| 5. BELL ATLANTIC - COMMON | A | Dividend | J | T | | | | | |
| 6. CHEVRON - TEXACO | A | Dividend | K | T | | | | | |
| 7. COMCAST - COMMON | A | Dividend | J | T | | | | | |
| 8. EASTMAN KODAK - COMMON | A | Dividend | J | T | | | | | |
| 9. PACIFIC TELESIS - COMMON | A | Dividend | J | T | | | | | |
| 10. PEPSICO - COMMON | A | Dividend | K | T | | | | | |
| 11. SOUTHWESTERN BELL - COMMON | A | Dividend | J | T | | | | | |
| 12. U.S. WEST - COMMON | A | Dividend | J | T | | | | | |
| 13. XEROX - COMMON | A | Dividend | J | T | | | | | |
| 14. U.S. WEST MEDIA GROUP | A | Interest | J | T | | | | | |
| 15. EASTMAN CHEMICAL CO. | A | Dividend | J | T | | | | | |
| 16. AIRTOUCH COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 17. NCR CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRICON GLOBAL | A | Dividend | J | T | | | | | |
| 19. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 20. COMPAQ COMPUTER | A | Dividend | J | T | | | | | |
| 21. GENERAL ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 22. AGERE SYSTEMS, INC. | A | Dividend | J | T | | | | | |
| 23. YUM BRANDS, INC. | A | Dividend | J | T | | | | | |
| 24. HEWLETT PACKARD CO. | A | Dividend | J | T | | | | | |
| 25. QWEST COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 26. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | | | | | |
| 27. VODAFONE | A | Dividend | J | T | | | | | |
| 28. iDEARC iNC. | A | Dividend | J | T | | | | | |
| 29. LSI Corp. | A | Dividend | J | T | | | | | |
| 30. LIMITED PARTNERSHIP | | | | | | | | | |
| 31. BERKSHIRE LAND VENTURE CO. | A | Dividend | J | U | | | | | |
| 32. BERKSHIRE LAND VENTURE CO. | A | Interest | J | U | | | | | |
| 33. INTEREST | | | | | | | | | |
| 34. NORTH FORK BANK, including IRA accounts & cash | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Portion of Pension Plan Rolled Over (See Part II) | | | | | | | | | |
| 36. BONDS | | | | | | | | | |
| 37. NEW YORK STATE HOUSING FINANCE AGENCY | D | Interest | L | T | | | | | |
| 38. POWER AUTHORITY OF NY | C | Interest | K | T | | | | | |
| 39. DORMITORY AUTHORITY OF NY | D | Interest | L | T | Sold | 08/21/11 | J | A | |
| 40. STATE OF ISRAEL BONDS | A | Interest | J | T | | | | | |
| 41. NY STATE THRUWAY AUTHORITY | A | Interest | J | T | | | | | |
| 42. NYS DEPT. OF HEALTH | A | Interest | J | T | | | | | |
| 43. N.Y. STATE DORMITORY AUTH. ROCHESTER | A | Interest | K | T | | | | | |
| 44. OTSEGO COUNTY | A | Interest | K | T | Sold | 11/15/11 | K | A | |
| 45. NEW YORK STATE ENVIRONMENTAL | A | Interest | J | T | Sold | 07/22/11 | K | A | |
| 46. BRIARCLIFF MANOR | A | Interest | J | T | Sold | 06/15/11 | J | A | |
| 47. SCOTIA GLENVILLE, NY | A | Interest | K | T | Sold | 06/05/11 | K | A | |
| 48. ONEIDA CNTY NY INDL DEV AGY | | | | | Buy | 10/01/11 | J | A | |
| 49. Rochester, NY | A | Interest | J | T | | | | | |
| 50. ALBANY CNTY NY APRT AUTH | | | | | Buy | 10/01/11 | J | A | |
| 51. AMHERST NY DEV CORP | | | | | Buy | 10/01/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. North Colonie School Dist. | A | Interest | K | T | | | | | |
| 53. Port Authority NY & NJ | A | Interest | K | T | Sold | 12/01/11 | J | A | |
| 54. L.I. Power Authority | A | Interest | J | T | | | | | |
| 55. Triborough Bridge & Tunnel Authority | A | Interest | K | T | Sold | 10/03/11 | K | A | |
| 56. NY STATE DORMITORY AUTHORITY | B | Interest | K | T | Buy | 10/06/11 | K | A | |
| 57. NORTHPORT-E.NORTHPORT | A | Interest | K | T | | | | | |
| 58. Syracuse NY UGO | A | Interest | J | T | | | | | |
| 59. Sachem Cent. Sch. Dist. | A | Interest | J | T | | | | | |
| 60. NY STATE POWER AUTHORITY | A | Interest | J | T | | | | | |
| 61. NY State Environmental FACS | A | Interest | J | T | | | | | |
| 62. Buffalo, NY | A | Interest | J | T | | | | | |
| 63. Niagara Wheatfield, NY Central | A | Interest | K | T | | | | | |
| 64. HAVERSTRAW STRONG POINT | A | Interest | J | T | | | | | |
| 65. MONROE CNTY NY INDL DEV CORP | | | | | Buy | 08/22/11 | K | A | |
| 66. LIBERTY NY DEV CORP | | | | | Buy | 08/12/11 | K | A | |
| 67. ROME NY | | | | | Buy | 01/18/11 | J | A | |
| 68. RENSSELEAR NY MUN. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA STOCKS | | | | | | | | | |
| 70. ALLEGHENY ENERGY INC. | A | Dividend | J | T | | | | | |
| 71. AMERICAN ELECTRIC POWER CO., INC. | A | Dividend | J | T | | | | | |
| 72. CASCADE NATURAL GAS CORP. | A | Dividend | J | T | | | | | |
| 73. CENTRAL & SOUTH WEST CORP. | A | Dividend | J | T | | | | | |
| 74. CONNECTIV INC. | A | Dividend | J | T | | | | | |
| 75. CONNECTIV INC. CL A | A | Dividend | J | T | | | | | |
| 76. ENERGY EAST CORP.. | A | Dividend | K | T | | | | | |
| 77. ENOVA CORP. | A | Dividend | J | T | | | | | |
| 78. FPL GROUP INC. | A | Dividend | J | T | | | | | |
| 79. FIRST ENERGY CORP. | A | Dividend | J | T | | | | | |
| 80. MIDAMERICAN ENERGY HOLDINGS CO. | A | Dividend | J | T | | | | | |
| 81. NEVADA POWER CO. | A | Dividend | J | T | | | | | |
| 82. NEW ENGLAND ELECTRIC SYSTEM | A | Dividend | J | T | | | | | |
| 83. POTOMAC ELECTRIC POWER CO. | A | Dividend | J | T | | | | | |
| 84. TEXAS UTILITIES CO. (Holding Co.) | B | Dividend | K | T | | | | | |
| 85. TEXAS UTILITIES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WESTERN RESOURCES INC. (Western Energy, Inc.) | A | Dividend | J | T | | | | | |
| 87. PMC CAPITAL INC. | A | Dividend | J | T | | | | | |
| 88. ROCHESTER GAS & ELECTRIC CORP. | A | Dividend | J | T | | | | | |
| 89. SEMPA ENERGY | A | Dividend | J | T | | | | | |
| 90. SIERRA PACIFIC | A | Dividend | J | T | | | | | |
| 91. PEPCO HOLDINGS, INC. | A | Dividend | J | T | | | | | |
| 92. EAGLE MERGER CORP. | A | Dividend | J | T | | | | | |
| 93. RGS ENERGY GROUP, INC. | A | Dividend | J | T | | | | | |
| 94. OCCIDENTAL PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 95. KIMBERLY-CLARK CORP. | A | Dividend | J | T | | | | | |
| 96. CISCO SYSTEMS INC. | A | Dividend | J | T | | | | | |
| 97. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 98. PMC COMMERCIAL TRUST | A | Dividend | J | T | | | | | |
| 99. THE SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 100. WESTSTAR ENERGY | A | Dividend | J | T | | | | | |
| 101. PUGET ENERGY INC. | A | Dividend | J | T | | | | | |
| 102. CHESAPEAKE UTILITIES CORP. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spatt, Arthur D. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 104. QUEST DIAGNOSTICS | A | Dividend | K | T | | | | | |
| 105. CHEVRON CORP. | A | Dividend | K | T | | | | | |
| 106. ENERGY TRANFER PARTNERS | A | Dividend | K | T | | | | | |
| 107. CORPORATE BONDS | | | | | | | | | |
| 108. TENESSEE VALLEY AUTHORITY Power Bond 1993 Series C | A | Interest | J | T | | | | | |
| 109. COMMONWEALTH EDISON CO. 8.625% Due 2/1/2002 | A | Interest | J | T | | | | | |
| 110. OPPENHEIMER HIGH YIELD FUND A (See Rider 2) | B | Dividend | M | T | | | | | |
| 111. WARWICK NY CENT. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Spatt, Arthur D. | 04/19/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RIDER 1 (Response to "II - AGREEMENTS" -- first page)

As a former participating member of the Spatt & Bauman, P.C. pension and profit-sharing plan, when I withdrew from the firm and the practice of law in 1978, my share of the pension plan was severed and "rolled over." The funds were not used and were placed in individual retirement accounts in two types of investments as follows:

a) bonds and stocks in the aggregate value of $294,189.18 as of December 31, 2011.

b) cash in the Capital One Savings Bank, Great Neck, New York branch, in the estimated sum of $18,677.58 as of December 31, 2011.

RIDER 2 (Response to "II - AGREEMENTS" -- first page)

Prior to entering into the Spatt & Bauman, P.C. pension plan, when I was a single practitioner I started an individual retirement "Keogh Plan." When I withdrew from the practice of law, I "rolled over" the Keogh Plan, and it remains in that unused condition. The "Keogh" funds are in an Oppenheimer High Yield Fund and are in the value of approximately $29,250.61 as of December 31, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Arthur D. Spatt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**HON. ARTHUR D. SPATT**
**Long Island Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**
**Telephone: 631-712-5620**

May 25, 2012

Hon. Joseph H. McKinley, Jr., Chair
Committee on Financial Disclosure
Administrative Office of
 the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC  20544

Dear Judge McKinley:

In response to your letter, dated May 23, 2012, I enclose the amended annual financial disclosure report.  This amended report has, I believe, made the requested revisions set forth in your letter in paragraph Second, points one and two.

With respect to your letter on page two, number three, with regard to "NV Energy Inc.," please be advised that the amended financial disclosure report for 2010 on page 10 no longer listed "NV Energy Inc."  Therefore, there was no need to report with respect to that former asset.

If there are any other revisions to be made, please advise me and I will comply.

Thank you again for your outstanding service to the United States Courts.

Sincerely yours,

*/s/ ARTHUR D. SPATT*
ARTHUR D. SPATT

ADS:vc
Enclosure